# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN W. BILBREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-06-0134-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

On December 11, 2006, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation, wherein she recommended the final decision of the Commissioner of the Social Security Administration be reversed and remanded for further administrative proceedings. Magistrate Judge Couch advised the parties of their right to file written objections to the Report and Recommendation by January 2, 2007.

To date, no objection has been filed and no request for extension of time to so object has been filed. With no objection being filed by either party, the court accepts, adopts, and affirms the Report and Recommendation in all respects.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch on December 11, 2006 (doc. no. 24) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The decision of the Commissioner of the Social Security Administration is **REVERSED**, and this matter is **REMANDED** to the Commissioner of the Social Security Administration for further administrative

proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

ENTERED this 4th day of January, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0134p002(pub).wpd